UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Hunter Scott Bartlett

   v.                                          Civil No. 15-cv-243-LM

Warden Richard Gerry


**REPORT AND RECOMMENDATION**

    Before the court is plaintiff Hunter Scott Bartlett's "Motion for Immediate Investigation and Prosecution" (doc. no. 34). The motion is before this court for a report and recommendation as to disposition.

    In his motion, Bartlett asserts that defendants in this case have committed acts that warrant their criminal prosecution, and that the court should therefore order a criminal investigation and prosecution of those defendants. As stated in this court's February 2, 2016, Report and Recommendation (doc. no. 45), which has been approved by the district judge (doc. no. 48), there is no federal right to have wrongdoers prosecuted. See Linda R.S. v. Richard P., 410 U.S. 614, 619 (1973) ("a private citizen lacks a judicially cognizable interest in the prosecution or non prosecution of another"). Accordingly, the district judge should deny

Bartlett's request for the court to order a criminal investigation and prosecution.

## Conclusion

For the foregoing reasons, the district judge should deny Bartlett's motion (doc. no. 34) for investigation and prosecution. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

_____
Andrea K. Johnstone
United States Magistrate Judge

March 28, 2016

cc: Hunter Scott Bartlett, pro se