UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Hunter Scott Bartlett

   v.                                        Civil No. 15-cv-243-LM

Warden Richard Gerry

**REPORT AND RECOMMENDATION**

On February 2, 2016, this court provided plaintiff Hunter Scott Bartlett with the opportunity to amend his complaint to assert sufficient facts to state a claim upon which relief might be granted. See Feb. 2, 2016, Order (Doc. No. 44); Feb. 2, 2016, R. & R. (Doc. No. 45). Bartlett's amended complaint was due May 20, 2016.

Bartlett has not filed anything in this case since April 2016. Further, the court's most recent mailing to Bartlett, at the last address he provided to the court, the Merrimack County Department of Corrections, was returned to the court as undeliverable because Bartlett had been released from that facility on May 5, 2016. Bartlett has not apprised the court of a new address, as required by LR 83.6(e). It appears that Bartlett has abandoned this action.

For the foregoing reasons, the district judge should dismiss this case without prejudice.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  <u>See</u> Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  <u>See</u> <u>Garayalde-Rijos v. Mun. of Carolina</u>, 747 F.3d 15, 21-22 (1st Cir. 2014).

*Andrea K. Johnstone (signature)*
Andrea K. Johnstone
United States Magistrate Judge

October 19, 2016

cc:   Hunter Scott Bartlett, pro se